IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AMANDA RUKENBROD, f.k.a.
AMANDA WOLFE, an individual,

       Plaintiff,

  vs.

LINCOLN COUNTY, an incorporated
subdivision of the State of
Oregon; DENNIS L. DOTSON, Sheriff
and CHRIS MILLER, an individual,

       Defendants.

O R D E R

Civ. No. 09-6007-TC

AIKEN, Chief Judge:

    Magistrate Judge Coffin filed his Findings and Recommendation on March 16, 2010. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When a party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the Magistrate's report. 28 U.S.C. § 636(b)(1)(B); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Defendants have timely filed objections. I have, therefore, given the file of this case a de novo review. I ADOPT the

1 - ORDER

1  Magistrate's Findings and Recommendation (doc. 29) that
2  defendants' motion for summary judgment (doc. 12) is granted as
3  to plaintiff's intentional infliction of emotional distress
4  claim, and defendants Sheriff Dotson and Lincoln County are
5  dismissed as to plaintiff's section 1983 claim. The remainder of
6  defendants' motion is denied. Plaintiff's section 1983 claim
7  against Officer Miller remains as does plaintiff's claim for
8  false arrest.
9  IT IS SO ORDERED.
10     Dated this 6 day of May 2010.

_____
Ann Aiken
United States District Judge

2 - ORDER